# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| PARADISE WIRE & CABLE DEFINED BENEFIT PLAN and HOLLINGSWORTH, MENDENHALL AND MACFADDEN LLC, IG HOLDINGS, INC., and IG REVOCABLE TRUST, et al.<br><br>*Plaintiff(s)*<br>v.<br>EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, AR GLOBAL INVESTMENTS LLC and AMERICAN FINANCIAL TRUST, INC., AMERICAN REALTY COMPANY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. CCB-17-132<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN FINANCE TRUST, INC.
405 Park Avenue
New York, New York 10022
SERVE ON: CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John B. Isbister and Daniel S. Katz
Tydings & Rosenberg LLP, 100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202 (410) 752-9700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/17/2017 _____

*Signature of*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __American Finance Trust, Inc__
was received by me on *(date)* __1/17/17__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Elinam Renner__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __American Finance Trust, Inc.__ on *(date)* __1/17/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-18-17__

__Gerald Smith__
Server's signature

__GERALD SMITH   MAIL ROOM CLERK__
Printed name and title

__100 E PRATT ST   26TH FL__
Server's address

Additional information regarding attempted service, etc: