IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PARADISE WIRE & CABLE DEFINED BENEFIT PENSION PLAN, et al.<br>Plaintiffs,<br><br>v.<br><br>EDWARD M. WEIL, JR., et al.<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-cv-00132-CCB |

## STIPULATION REGARDING RESPONSE TIMES FOR CERTAIN DEFENDANTS

Plaintiffs and Defendants AR Global Investments LLC, American Finance Trust, Inc. and American Realty Capital – Retail Centers of America, Inc. (collectively "Defendants") – through their respective undersigned counsel and subject to this Court's approval– stipulate to an interim extension for responses by Defendants as follows.

1. Counsel for each of the above Defendants acknowledges and agrees that they have either been properly served or have waived the need for personal service.

2. Counsel for all parties are discussing a proposal regarding scheduling for submission to the Court and anticipate reporting on that topic to this Court in the near future.

3. In light of the ongoing discussions, and as an interim extension, Plaintiffs and Defendants hereby stipulate that the time for any responses by these Defendants (whether by motion or answer) is hereby extended through February 23, 2017. This extension is without prejudice to any additional extension that might be requested jointly by the parties or by these Defendants.

Dated this 6th day of February, 2017.

TYDINGS AND ROSENBERG LLP

By: /s/ John B. Isbister with permission
    John B. Isbister, Esq.
    Daniel S. Katz, Esq.
    100 E Pratt Street, 26th Floor
    Baltimore, MD 21202
    T: (410) 752-9700
    F: (410) 752-5460

| ABRAHAM, FRUCHTER AND TWERSKY, LLP | THEGRANTLAWFIRM |
|---|---|
| Jeffrey S. Abraham, Esq.<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>T: (212) 279-5050<br>F: (212) 279-3655 | Lynda J. Grant, Esq.<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>T: (212) 292-4441<br>F: (212) 292-4442 |

*Attorneys for Plaintiffs*

| KELLOGG HUBER HANSEN TODD EVANS AND FIGEL PLLC | VENABLE LLP |
|---|---|
| By: /s/ David L. Schwarz with permission<br>  David L. Schwarz, Esq.<br>  James M. Webster, III, Esq.<br>  Reid M. Figel, Esq.<br>  1615 M Street NW, Suite 400<br>  Washington, DC 20036<br>  T: (202) 326-7900<br>  F: (202) 326-7999<br>  *Attorneys for Defendant*<br>  *AR Global Investments LLC* | By: /s/ John T. Prisbe<br>  G. Stewart Webb, Jr., Esq.<br>  John T. Prisbe, Esq.<br>  750 East Pratt Street, Suite 900<br>  Baltimore, MD 21202<br>  T: (410) 244-7400<br>  F: (410) 244-7742<br>  *Attorneys for Defendant*<br>  *American Realty Capital - Retail Centers of America, Inc* |

.

PEPPER HAMILTON LLP

By: /s/ Jay A. Dubow with permission
    Jay A. Dubow, Esq.

#14791621

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
T:  (215) 981-4000
F:  (215) 981-4750
*Attorneys for Defendant*
*American Finance Trust, Inc*.

So Ordered this _____ day of February 2017

_____
Catherine C. Blake
United States District Judge