IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PARADISE WIRE & CABLE DEFINED BENEFIT PLAN and HOLLINGSWORTH, MENDENHALL AND MCFADDEN LLC, individually on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>EDWARD M. WEIL, JR., LESLIE D. MICHELSON, EDWARD G. RENDELL, AR GLOBAL INVESTMENTS LLC, AMERICAN FINANCIAL TRUST, INC,<br><br>    - and -<br><br>AMERICAN REALTY CAPITAL - RETAIL CENTERS OF AMERICA, INC.<br><br>       Defendants. | Civil Action No. 1:17-cv-00132-CCB |

**[PROPOSED] ORDER AND STIPULATION TO EXTEND
THE TIME TO RESPOND TO THE CLASS ACTION COMPLAINT**

  WHEREAS, Plaintiffs have asserted claims in the Class Action Complaint ("Complaint") that arise under Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a class (the "Class") of similarly situated investors who are stockholders of American Realty Capital – Retail Centers of America, Inc. ("RCA" or the "Company") pursuant to Rule 23 of the Federal Rules of Civil Procedure;

  WHEREAS, Section 21D(a)(3) (15 U.S.C. §78u-4(a)(3)) of the Exchange Act requires that in class actions asserting claims arising under the Exchange Act, the Court appoint a lead plaintiff and lead counsel after notice ("Notice") has been given to the class;

WHEREAS, Plaintiffs have represented that on January 31, 2017, they disseminated the Notice required by the Exchange Act; and

WHEREAS, the deadline for filing applications for appointment of lead plaintiff and lead counsel and for Court appointment of lead plaintiff and lead counsel, has not yet expired;

NOW THEREFORE, It is hereby STIPULATED AND AGREED that:

1. The time for Defendants to answer or otherwise move with respect to the Complaint shall be stayed pending appointment of a lead plaintiff and lead counsel.

2. The Class member appointed to serve as lead plaintiff in this action (the "Lead Plaintiff") will have up to 45 days after her/his appointment to either: (a) file an amended and/or consolidated complaint or (b) provide written notice to Defendants and the Court that he/she will not file an amended and/or consolidated complaint.

3. Defendants will respond to the operative complaint within 45 days of the above notice or filing by the Lead Plaintiff.

4. In the event that any Defendant's response to the Complaint takes the form of a motion to dismiss, the Lead Plaintiff must file any opposition to the motion to dismiss within 45 days of the date on which the motion to dismiss is filed.

5. The moving Defendant(s) must file any reply to the Lead Plaintiff's opposition to a motion to dismiss within 21 days of the date on which the opposition is filed.

Dated this 21st day of February, 2017.

| | |
|---|---|
| TYDINGS AND ROSENBERG LLP | THE GRANT LAW FIRM, LLC |
| John B. Isbister, Esq.<br>Daniel S. Katz, Esq.<br>100 E Pratt Street, 26th Floor<br>Baltimore, MD 21202<br>T: (410) 752-9700<br>F: (410) 752-5460 | By: __/s/_____<br>(Signed by Michael A.F. Johnson with permission of Lynda J. Grant)<br>Lynda J. Grant, Esq.<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>T: (212) 292-4441<br>F: (212) 292-4442 |
| ABRAHAM FRUCHTER AND TWERSKY LLP | |
| Jeffrey S. Abraham, Esq.<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>T: (212) 279-5050<br>F: (212) 279-5050 | |

*Attorneys for Plaintiffs*

| | |
|---|---|
| KELLOGG HUBER HANSEN TODD EVANS AND FIGEL PLLC | ARNOLD & PORTER KAYE SCHOLER LLP |
| By:__/s/_____<br>(Signed by Michael A.F. Johnson with permission of David L. Schwarz)<br>David L. Schwarz, Esq.<br>James M. Webster, III, Esq.<br>Reid M. Figel, Esq.<br>1615 M Street NW, Suite 400<br>Washington, DC  20036<br>T:  (202) 326-7900<br>F:  (202) 326-7999<br>*Attorneys for Defendants*<br>*Edward M. Weil, Jr. and*<br>*AR Global Investments LLC* | By: /s/ Michael A.F. Johnson_____<br>Michael A.F. Johnson, Esq.<br>Matthew J. Oster, Esq.<br>601 Massachusetts Avenue NW<br>Washington, DC  20001<br>T:  (202) 942-5000<br>F:  (202) 942-5999<br><br>Eric N. Whitney, Esq.<br>Jeffrey A. Fuisz, Esq.<br>250 West 55th Street<br>New York, NY  10019-9710<br>T:  (212) 836-8000<br>F:  (212) 836-8689<br>*Attorneys for Defendants*<br>*Leslie D. Michelson and*<br>*Edward G. Rendell* |
| PEPPER HAMILTON LLP | VENABLE LLP |
| By:__/s/_____<br>(Signed by Michael A.F. Johnson with permission of Jay A. Dubow)<br>Jay A. Dubow, Esq.<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>T:  (215) 981-4000<br>F:  (215) 981-4750<br>*Attorneys for Defendant*<br>*American Finance Trust, Inc.* | By:___/s/_____<br>(Signed by Michael A.F. Johnson with permission of G. Stewart Webb, Jr.)<br>G. Stewart Webb, Jr., Esq.<br>John T. Prisbe, Esq.<br>750 East Pratt Street, Suite 900<br>Baltimore, MD  21202<br>T:  (410) 244-7400<br>F:  (410) 244-7742<br>*Attorneys for Defendant*<br>*American Realty Capital - Retail Centers of America, Inc.* |

**SO ORDERED:**

_____
**U.S.D.J.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of February, 2017, I caused a true and correct copy of the foregoing to be filed and served electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated:  February 21, 2017 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A.F. Johnson