FILED: April 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1483
(1:17-cv-00132-CCB)

_____

PARADISE WIRE & CABLE DEFINED BENEFIT PENSION PLAN; HOLLINGSWORTH, MENDENHALL AND MCFADDEN, LLC; IG HOLDINGS, INCORPORATED; IG REVOCABLE TRUST; DR. STUART WOLLMAN; SHEILA ROSENBERG; RENE DEMEULE, Individually on behalf of themselves and all others similarly situated

   Plaintiffs - Appellants

v.

EDWARD M. WEIL, JR.; AMERICAN REALTY CAPITAL RETAIL ADVISOR, LLC; DAVID GONG; LISA D. KABINICK; STANLEY PERLA; NICHOLAS RADESCA; LESLIE D. MICHELSON; EDWARD G. RENDELL; AMERICAN REALTY CAPITAL - RETAIL CENTERS OF AMERICA, INCORPORATED; AR GLOBAL INVESTMENTS LLC; AMERICAN FINANCE TRUST, INCORPORATED

   Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Quattlebaum

and Senior Judge Duncan.

                                      For the Court

                                      <u>/s/ Patricia S. Connor, Clerk</u>